[No. 48326-9-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD J. KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04225-2, Patricia H. Aitken and Douglass A. North, JJ., entered March 21, 2001. *Remanded* by unpublished per curiam opinion.

[No. 48872-4-I.   Division One.   February 18, 2003.]

KEITH WOODMANSEE, *Appellant*, v. MEEKA GADSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-06860-1, Dean Scott Lum, J., entered June 15, 2001. *Reversed* by unpublished per curiam opinion.

[No. 48964-0-I.   Division One.   February 18, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD A.L., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 00-8-01294-4, Nicole MacInnes, J., entered April 20, May 17, and June 27, 2001. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 49025-7-I.   Division One.   February 18, 2003.]

MONIQUE KOWALOW, *Appellant*, v. CORRECTIONAL SERVICES CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-07603-5, James A. Doerty, J., entered July 18, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Agid, J., concurred in by Grosse and Schindler, JJ.